AO 442 (Rev. 11/11) Arrest Warrant

FILED IN OPEN COURT
NOV 6 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

Aaron Gittleman

Defendant

) Case No. 2:25mj252  **SEALED**
) FID: 11883894
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Aaron Gittleman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2422(b) Attempted Coercion and Enticement

18 USC 2251(a) Attempted Production

Date: Nov. 4, 2025

_Robert J. Krask, U.S.M.J._
Issuing officer's signature

City and state: Norfolk, VA

United States Judge Robert J. Krask
Printed name and title

### Return

This warrant was received on (date) 04 NOV 25, and the person was arrested on (date) 06 NOV 25
at (city and state) VIRGINIA BEACH, VA.

Date: 06 NOV 25

Arresting officer's signature

Special Agent Jessica Gurley
Printed name and title