AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25mj252 |
| AARON GITTLEMAN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AARON GITTLEMAN.

Date:   11/10/2025

*Attorney's signature*

BRIAN M. LATUGA #86300
*Printed name and bar number*

4417 CORPORATION LANE
SUITE 400
VIRGINIA BEACH, VA 23462

*Address*

BLATUGA@WOLRIV.COM
*E-mail address*

(757) 497-6633
*Telephone number*

(757) 497-7267
*FAX number*